|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| JOHN ROBERT DEMOS, JR, | NO. C12-1929-JCC |
|---|---|
| Plaintiff, |   |
| v. | ORDER OF DISMISSAL |
| STEVE SINCLAIR, *et al.*, |   |
| Defendants. |   |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court ADOPTS the Report and Recommendation;

2. Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is DENIED;

3. This matter is DISMISSED without prejudice in accordance with standing bar orders, *see In re John Robert Demos*, MC91-269-CRD (W.D. Wash. Jan. 16, 1992); *In re Complaints and Petitions Submitted by John Robert Demos* (W.D. Wash. Dec. 15, 1982); and

4. The Clerk shall send a copy of this Order to plaintiff and to Judge Donohue.

//

ORDER OF DISMISSAL - 1

DATED this 28th day of January 2013.

_____
JOHN C. COUGHENOUR
United States District Judge

ORDER OF DISMISSAL - 2